UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARLENE FRIAS *et al.*,

                              Plaintiff,

-v-

DAVID C. BANKS & NYC DEPARTMENT OF EDUCATION,

                              Defendants.

24 Civ. 1767 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 30, 2024, the Court denied, without prejudice, summary judgment to both parties and remanded this action to the Impartial Hearing Officer ("IHO") for clarification and further proceedings consistent with its decision. Dkt. 38. The Court also directed the parties, upon issuance of a supplemented order by the IHO, to forthwith file such order on the docket of this case. *Id.* No such order has been filed. The Court directs the parties to file a status update by March 12, 2025, and to file status updates every 60 days thereafter, making the next status update due May 12, 2025.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 27, 2025
       New York, New York

1